United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Lincoln Jumoke Dixon, Petitioner, | ) |
| v. | ) |
| | ) Civil Action No. 20-20605-Civ-Scola |
| Attorney General of the United States and others, Respondents. | ) |

**Order Adopting Magistrate Judge's Report And Recommendation**

This case was referred to United States Magistrate Judge Lisette M. Reid, consistent with Administrative Order 2019-2 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On March 9, 2020, Judge Reid issued a report, recommending that the Court dismiss Petitioner Lincoln Jumoke Dixon's 28 U.S.C. § 2241 federal habeas corpus petition. (Report of Mag. J., ECF No. 13.) Dixon has not filed objections to the report and the time to do so has passed.

The Court has considered Judge Reid's report, the record, and the relevant legal authorities. The Court finds Judge Reid's report and recommendation cogent and compelling: because Dixon was removed from the United States and deported to Jamaica, there is no longer a case or controversy and Dixon's petition is therefore moot.

The Court thus **affirms and adopts** Judge Reid's report and recommendation (**ECF No. 13**). Dixon's petition is thus **dismissed as moot**. The Clerk is directed to **close** this case. Any pending motions are denied as moot.

**Done and ordered**, at Miami, Florida, on March 31, 2020.

_____
Robert N. Scola, Jr.
United States District Judge